# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2904
LT Case No. 2017-CF-009413-A

_____

CHRISTOPHER ALPHONSO
WILLIAMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Olivia McBride Goodman, of O'Brien Hatfield, P.A., Tampa, for
Appellant.

James Uthmeier, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.


November 20, 2025


PER CURIAM.

    AFFIRMED.


MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---